UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RYAN MARLOW, ET AL | C. A. NO. 08-170 |
| VERSUS | JUDGE: PARKER |
| DENHAM SPRINGS, CENTER, LLC | MAGISTRATE JUDGE: NOLAND |

# ORDER

CONSIDERING the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS ORDERED ADJUDGED, AND DECREED** that Plaintiffs' claims against Denham Springs Center, LLC be and are hereby dismissed from this matter, with prejudice, with each party to bear its own costs. *Accordingly, this matter is hereby dismissed, with prejudice, in its entirety.*

Baton Rouge, Louisiana, this 26 day of February, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA